UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
Atlanta Division

| | |
|---|---|
| ASIAN AMERICANS ADVANCING JUSTICE – ATLANTA and ANDREW FREE,<br><br>*Plaintiffs*,<br><br>v.<br><br>UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT and UNITED STATES DEPARTMENT OF JUSTICE,<br><br>*Defendants*. | **JOINT STATUS REPORT**<br><br>Case No. 1:25-cv-00784-MHC |

The parties Asian Americans Advancing Justice - Atlanta ("Advancing Justice - Atlanta"), Andrew Free, and U.S. Immigration and Customs Enforcement ("ICE") jointly submit the following status report in the above-referenced case pursuant to the Court's order dated February 19, 2025, Dkt. No 5.

The parties respectfully request to be exempt from this Court's requirement that litigants submit a Joint Preliminary Report and Discovery Plan because the parties expect that this matter, like most FOIA matters, will be resolved either consensually by the parties or through motions for summary judgment without discovery. *See Miccosukee Tribe of Indians of Fla. v. United States*, 516 F.3d

1

1235, 1243 (11th Cir. 2008) ("Generally, FOIA cases should be handled on motions for summary judgment, once the documents in issue are properly identified.").

The parties submit the following information, pursuant to the Court's initial conference order:

**1. Brief statement of the case.** This is an action under FOIA, seeking the production of documents that Plaintiffs requested from ICE in FOIA requests dated July 18, 2022, October 25, 2022, and May 28, 2024 (the "Requests").[1] The Requests sought documents related to Folkston ICE Processing Center, an ICE facility located in Charlton County, Georgia. Once ICE has completed its search for records and made any appropriate productions of responsive records, the adequacy of ICE's search for records responsive to the Requests and the propriety of FOIA withholdings will likely be the central issues in dispositive motions, if the action is not resolved consensually.

**2. Basis of subject matter jurisdiction and venue.** Plaintiffs allege in the complaint that jurisdiction and venue are proper in this Court under 28 U.S.C. § 1331 and 5 U.S.C. § 552(a)(4)(B), on the ground that Plaintiffs' principal places of business are in this district. Dkt. No. 1 ¶¶ 9-10.

---

[1] Plaintiff Advancing Justice - Atlanta voluntarily dismisses Count I for FOIA request dated September 17, 2018.

**3. Motions.** There are no pending motions or applications expected to be made at this time. The parties anticipate that once production of responsive records is completed, summary judgment motions concerning ICE's response to the Requests and/or assertion of FOIA exemptions may be necessary to resolve the action, if it is not resolved consensually.

**4. Discovery.** No discovery has taken place in this matter. Because this is a FOIA case, discovery is "generally . . . unnecessary," *Carney*, 19 F.3d at 812, and the parties do not anticipate engaging in any discovery at this time. However, Plaintiffs reserve the right to request discovery from Defendant should the need arise.

**5. Settlement discussions.** During the parties' initial conference on April 17, 2025, Defendant stated that it has identified 3533 pages of potentially responsive records and that it intends to produce 750 pages of responsive records to Plaintiffs on the 25th of every month, beginning April 25, 2025 and ending on August 25, 2025. The parties do not anticipate filing dispositive motions until the conclusion of production.

**6. Estimated length of trial.** The parties anticipate that this matter will be resolved through summary judgment practice, if it is not resolved consensually.

**7. Other information.** No later than September 8, 2025, Plaintiffs intend to provide Defendants with a complete list of any challenges related to Defendants'

productions. The parties then intend to confer regarding Plaintiffs' challenges no later than September 30, 2025.

The parties will propose a schedule for summary judgment motions, should they be necessary, at the conclusion of the production.

If the parties are unable to resolve a dispute that arises in the course of the response to the Requests, we will promptly present our respective positions to the Court for resolution. At this time, the parties do not believe we have any issues that require the Court's attention. We thank the Court for its consideration of this matter.

Respectfully submitted,

*/s/ Samantha C. Hamilton*
Samantha C. Hamilton
Impact Litigation Staff Attorney
Asian Americans Advancing Justice - Atlanta
5680 Oakbrook Pkwy
Suite 148
Norcross, GA 30093
shamilton@advancingjustice-atlanta.org