IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ASIAN AMERICANS ADVANCING JUSTICE – ATLANTA AND ANDREW FREE,<br><br>PLAINTIFFS,<br><br>v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT AND U.S. DEPARTMENT OF JUSTICE,<br><br>DEFENDANTS. | Civil Action No.<br><br>1:25-cv-00784-MHC |

**PETITION FOR LEAVE OF ABSENCE**

The Defendants, through the undersigned U.S. Attorney and Assistant U.S. Attorney, Darcy Coty, pursuant to LR 83.1E(4), N.D. Ga., hereby files this Petition for Leave of Absence for Darcy Coty in the above-styled action. Undersigned counsel requests that the Court take note of her leave beginning Tuesday, July 15, 2025 up to Monday, July 28, 2025. Undersigned counsel intends to take bereavement leave beginning on July 15, 2025 due to the unexpected passing of a family member.[1]

---

[1] During the period of leave, counsel for Defendant(s) can be contacted through Assistant U.S. Attorney Neeli Ben-David (neeli.ben-david@usdoj.gov).

1

Dated: July 15, 2025.

        Respectfully submitted,
        THEODORE S. HERTZBERG
        *United States Attorney*

        <u>/s/ Darcy Coty</u>
        *Assistant United States Attorney*
        Georgia Bar No. 259280
        Darcy.coty@usdoj.gov
        *600 U.S. Courthouse*
        *75 Ted Turner Drive, S.W.*
        *Atlanta, GA 30303*
        *(404) 581-6000  fax (404) 581-6181*

        SIGNED BY ASSISTANT U.S. ATTORNEY
        NEELI BEN-DAVID

## CERTIFICATE OF COMPLIANCE

I certify that the documents to which this certificate is attached have been prepared with one of the font and point selections approved by the Court in Local Rule 5.1B for documents prepared by computer.

Dated: July 15, 2025.

/s/ Darcy Coty
*Assistant United States Attorney*

SIGNED BY ASSISTANT U.S. ATTORNEY
NEELI BEN-DAVID