

**U.S. Department of Justice**

United States Attorney
Northern District of Georgia

*Richard Russell Federal Building*  *Telephone: (404) 581-6000*
*75 Ted Turner Drive S.W.*  *Fax: (404) 581-6181*
*Suite 600*
*Atlanta, Georgia 30303*

September 15, 2025

Lisa Enix
Courtroom Deputy to
Honorable Mark H. Cohen
United States District Judge
United States District Court
for the Northern District of Georgia
1921 United States Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303-3309

      Re: *Asian Americans Advancing Justice-Atlanta and Andrew Free v. U.S. Immigration and Customs Enforcement and U.S. Department of Justice,* Civil Action No. 1:25-cv-00784-MHC

Dear Ms. Enix:

    In accordance with Local Rule 83.1E(4), please allow this letter to notify the Court that I will be out of the office from:

(1) September 23, 2025 to September 24, 2025;
(2) October 2, 2025 to October 3, 2025;
(3) October 13, 2025 to October 14, 2025; and
(4) November 24, 2025 to November 28, 2025.

    I respectfully request that the Court not schedule any court appearances in the above-referenced matter for the foregoing dates. Thank you for your consideration.

                                   Respectfully,

                                   THEODORE S. HERTZBERG
                                   *United States Attorney*

                        */s/ Darcy F. Coty*
                        DARCY F. COTY
                        *Assistant United States Attorney*

cc:    Samantha Hamilton (*via electronic service*)